UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DOUGLAS F. TULLOS et al.,

        Plaintiff,

v.

BRADLEY BALK et al.,

        Defendants.

_____/

Case No. 1:18-cv-883

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the order and opinion issued this date:

**IT IS ORDERED** that Plaintiff Stricker's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's orders.

**IT IS FURTHER ORDERED** that Plaintiff Tullos' action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated: October 26, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge